UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID SWEITZER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | 2:09-CV-607 |
| ) | |
| ) | |
| PROFESSIONAL RECOVERY ) | |
| SERVICES, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF SETTLEMENT

**COMES NOW**, the Plaintiff, by and through her attorney of record, and notifies the Court that a settlement has been reached between the Plaintiff and Defendant.

/s/ *W. Whitney Seals*
W. Whitney Seals
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st DAY OF April, 2009, the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

  NONE

and I hereby certified that I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

Scott Stearn
Professional Recovery Services, Inc.
221 Laurel Rd. Suite 160
Voorhees, NJ 08043

                                      /s/W. Whitney Seals
                                      OF COUNSEL