UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID SWEITZER, | ] |
| Plaintiff, | ] |
| vs. | ] 2:09-CV-00607-LSC |
| PROFESSIONAL RECOVERY SERVICES, INC., | ] |
| Defendant. | ] |

ORDER

The Court has been advised by Plaintiff's counsel that the above-entitled cause has settled.  (Doc. 5.)  Therefore, this case is DISMISSED with prejudice.  Any party may, for good cause shown, reopen the action within thirty (30) days from the date of this Order.  Costs are taxed as paid.

Done this <u>23rd</u> day of <u>April 2009</u>.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297